UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA §
§
vs. §        NO:  WA:16-CR-00317(10)-ADA
§
(10) LARRY DARNELL BRANCH §

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  January 28, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (10) LARRY DARNELL BRANCH, which alleged that Branch violated a condition of his supervised release and recommended that Branch 's supervised release be revoked (Clerk's  Document No. 857).  A warrant issued and Branch was arrested.  On February 4, 2026, Branch appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Branch appeared before the magistrate judge on February 17, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on February 17, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Branch, the magistrate judge recommends that this court revoke Branch supervised release and that Branch be sentenced to imprisonment for twenty-one (21) months, with no term of supervised release to follow the term of imprisonment (Clerk's Document No. 869).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On February 17, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 868). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 869 )  is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (10) LARRY DARNELL

BRANCH 'sterm of supervised  release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant (10) LARRY DARNELL BRANCH

be imprisoned for twenty-one (21)months with a term of supervised release of  no months to

follow the term of imprisonment.   All prior conditions of supervised release are reimposed.

Signed this 19th day of February, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE